IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-11478
Conference Calendar

_____


ANTHONY E. GILL,

Plaintiff-Appellant,


versus

R.E. THORNTON, Visiting Judge,
Tarrant County, Texas,

Defendant-Appellee.


- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:96-CV-747-E
- - - - - - - - - -
June 17, 1997
Before SMITH, STEWART, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Anthony E. Gill, Texas prisoner #647051, appeals the

dismissal as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i)

of his civil rights complaint.  Gill contends that Texas trial

court judge R.E. Thornton improperly presided over his state

trial as the court was without jurisdiction.  We have reviewed

the record and Gill's brief, and we conclude that Gill's appeal

_____

   [*] Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

is without arguable merit.  See Gill v. Thornton, No. 4:96-CV-747-E (N.D. Tex. Nov. 15, 1996).  The appeal is DISMISSED as frivolous.  See 5th Cir. R. 42.2.  Gill's motion to file a supplemental brief is DENIED.

We caution Gill that any additional frivolous appeals filed by him will invite the imposition of sanctions.  To avoid sanctions, Gill is further cautioned to review any pending appeals to ensure that they do not raise arguments that are frivolous.

APPEAL DISMISSED; MOTION DENIED; SANCTIONS WARNING ISSUED.